IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L.R., parent and natural guardian of N.R., a minor,<br>                    Plaintiff,<br><br>             v.<br><br>SCHOOL DISTRICT OF PHILADELPHIA, SCHOOL REFORM COMMISSION OF THE SCHOOL DISTRICT OF PHILADELPHIA, and REGINALD M. LITTLEJOHN,<br>                    Defendants. | CIVIL ACTION<br><br><br>NO.  14-1787 |

## O R D E R

**AND NOW**, this 20th day of November, 2014, upon consideration of Defendants' Motion to Dismiss (Document No. 10, filed May 27, 2014) and Plaintiff's Response in Opposition to Defendants' the School District of Philadelphia, School Reform Commission of the School District of Philadelphia and Reginald Littlejohn's Motion to Dismiss (Document No. 13, filed June 24, 2014), following oral argument on July 18, 2014, for the reasons set forth in the Memorandum dated November 20, 2014, **IT IS ORDERED** that defendants' Motion to Dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that a preliminary pretrial telephone conference will be scheduled in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.